No. 15,008.

### HAWKINS ET AL. *v.* HEINZMAN ET AL.

From the Daviess Circuit Court.

*A. J. Padgett, A. Paget* and *H. Burns,* for appellants.
*J. H. O'Neall* and *W. Hefferman,* for appellees.

ELLIOTT, J.—Affirmed upon the authority of *Hawkins* v. *Heinzman, ante,* p. 551.

Filed Nov. 11, 1890 ; petition for a rehearing overruled Jan. 16, 1891.

No. 14,429.

### HUNT, GUARDIAN, ET AL. *v.* WILLIAMS.

From the Hamilton Circuit Court.

*J. Buchanan,* for appellants.
*R. R. Stephenson* and *W. R. Fertig,* for appellee.

PER CURIAM.—This opinion, in which we all concur, was prepared for the court by the late Judge MITCHELL, and expresses the views and the judgment of the court.

The question upon which the merits of the controversy involved in this case must be determined are identical with those settled by the decision in *Hunt* v. *Williams, ante,* p. 493. Upon the authority of that case the judgment rendered in this case is affirmed, with costs.

Filed Jan. 13, 1891.